**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Crystal Keith, Michael Robinson, Brandon Justice, and
Kyle Keith, Defendants,

Of whom Brandon Justice is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2018-001394

———————————

Appeal From Pickens County
Karen S. Roper, Family Court Judge

———————————

Unpublished Opinion No. 2019-UP-123
Submitted March 15, 2019 – Filed March 26, 2019

———————————

**AFFIRMED**

———————————

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Julie Mahon Rau, of the South Carolina Department of
Social Services, of Pickens, for Respondent.

Steven Luther Alexander, of Alexander Law Firm, LLC, of Pickens, for Guardian ad Litem.

———————

**PER CURIAM:**  Brandon Justice appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Justice's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.